Case 4:09-cv-00021-RKS   Document 20   Filed 12/02/09   Page 1 of 2



FILED

2009 DEC 2 PM 4 19

PATRICK E. DUFFY, CLERK

BY _____

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| DOUGLAS PETERSON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GEORGE ANDERSON, Sheriff;<br>DENNY BLAUER, Under-Sheriff;<br>and DEPUTIES (names unknown-<br>working at Teton County Jail from<br>October 26, 2006 through January 9,<br>2007),<br><br>　　　　　　　　Defendants. | No. CV 09-21-GF-SEH<br><br>**ORDER** |

On November 2, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections.

---

[1] Docket No. 16.

-1-

No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

Defendants' Motion to Dismiss[2] is DENIED WITHOUT PREJUDICE.

DATED this 2nd day of December, 2009.

                                        SAM E. HADDON
                                        United States District Judge

---

[2] Docket No. 9.